UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

          Plaintiff,

   v.

LISA O'TOOLE, et al.,

          Defendants.

Case No. C23-1296-JHC

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. # 4, and the remaining record, the Court ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's Motion to Proceed IFP, Dkt. # 1, is DENIED. Plaintiff is directed to pay the full filing fee of $402.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge

ORDER - 1

Vaughan.

Dated this 25th day of August, 2023.

John H. Chun
United States District Judge

ORDER - 2