UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DUANDRE JONES,<br><br>                Plaintiff,<br><br>   v.<br><br>LISA O'TOOLE, et al.,<br>                Defendants. | CASE NO. 2:23-cv-01296-JHC<br><br>ORDER TO TERMINATE MATTER |

Before the Court is non-represented Plaintiff Cortez Duandre Jones's complaint against Defendants Lisa O'Toole, Leese Manion, Seattle Police, and Department of Homeland Security (Dkt. # 1-1) and accompanying application to proceed *in forma pauperis* ("IFP") (Dkt. # 1). On August 24, 2023, Magistrate Judge S. Kate Vaughan recommended the immediate denial of Plaintiff's IFP application. Dkt. # 4. On August 25, 2023, the Court adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order. Dkt. # 5; *See* LCR 3(a). The Court explained that if Plaintiff failed to do so, the matter would be dismissed. Dkt. # 5. Because thirty (30) days have passed since the court's order (Dkt. # 5), the Clerk is directed to close and terminate this matter.

\

ORDER TO TERMINATE MATTER - 1

Dated this 3rd day of October, 2023.

                                             *John H. Chun*
                                             _____
                                             John H. Chun
                                             United States District Judge

ORDER TO TERMINATE MATTER - 2